NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 04-0059

BRUCE SANDIFER & LYNN SANDIFER

VERSUS

RYAN BOURQUE, ET AL.

**********

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 2002-5879
HONORABLE CHARLEY QUIENALTY, DISTRICT JUDGE

**********

JOHN D. SAUNDERS
JUDGE

**********

Court composed of John D. Saunders, Oswald A. Decuir, and Glenn B. Gremillion, Judges.

**AFFIRMED.**

Scott William McQuaig

**McQuaig & Stelly**
**100 Lilac St.**
**Metairie, LA 70005**
**(504) 836-5070**
**Counsel for: Plaintiff/Appellee**
        **Bruce Sandifer**
        **Lynn Sandifer**
**Charles V. Musso  Jr.**
**Plauche, Smith & Nieset**
**P. O. Box 1705**
**Lake Charles, LA 70602**